BRETT L. TOLMAN, United States Attorney (#8821)
PAUL KOHLER, Assistant United States Attorney (#8224)
Attorneys for the United States of America
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 673-4765

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:09PO00695-RTB |
| Plaintiff, | : | |
| v. | : | INITIAL NOTIFICATION OF COMPLIANCE |
| JOHNNY A. WARD, | : | |
| Defendant. | : | Magistrate Judge Robert T. Braithwaite |

Pursuant to Criminal Rule 16-1(h) of the Federal Rules of Practice of the United States District Court for the District of Utah, the United States hereby files this Initial Notification of Compliance indicating the disclosures made under Rule 16 of the Federal Rules of Criminal Procedure.

A copy of the following was delivered to defendant:

1. Documents bates stamped JW-00001 through JW-00007.

The United States will continue to provide defendant with discoverable material as it comes into the possession of the United States.

DATED this 13TH day of October, 2009.

                                        BRETT L. TOLMAN
                                      United States Attorney

                                      */S/ Paul Kohler*
                                      PAUL KOHLER
                                      Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office, and that a copy of the foregoing INITIAL NOTIFICATION OF COMPLIANCE was mailed postage prepaid, delivered through interoffice mail or electronically filed to all parties named below, this 13TH day of October, 2009.

    Johnny A. Ward
    276 Grand Teton Drive
    Henderson, NV 89074

    */S/ Laurie Richardson*
    Legal Assistant