AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Central Division DISTRICT OF Utah

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
OCT 1 9 2009
D. MARK JONES, CLERK
BY _____ DEPUTY CLERK

## EXHIBIT AND WITNESS LIST

USA v. Ward

Case Number: 2:09-po-00695-RTB

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Robert T. Braithwaite | Paul Kohler | Pro Se |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| October 19, 2009 | Electronic | GSS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | X | X | Photo |
| 2 | | | X | X | Photo |
| 3 | | | X | X | Photo |
| A | | | | | Marie Singey, Ranger |
| B | | | | | A. Hesler, Ranger |
| C | | | | | G. Mark Anderson, Ecologist |
| | D | | | | Johnny Ward |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages