# ALL WATERCRAFT USERS

Your vessel is required to be NPS certified MUSSEL FREE with each new visit.

Display MUSSEL FREE certificate visibly on the dashboard of your tow vehicle

Launching without a MUSSEL FREE certificate issued by the NPS is Punishable by a mandatory court appearance, up to six months in jail and a $5000.00 fine





PLAINTIFF'S EXHIBIT 1



