FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

OCT 2 2 2009

D. MARK JONES, CLERK

_____
DEPUTY CLERK

# United States District Court
## District of Utah

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| vs. | |

| Johnny A. Ward | Case Number: | 2:09-po-00695-RTB |
|---|---|---|
| | Plaintiff Attorney: | Paul Kohler |
| | Defendant Attorney: | Pro Se |

**Date of Imposition: October 19, 2009**
**DEFENDANT:**

[X]   **The Defendant was found guilty at trial.**
[ ] pleaded guilty to count(s)

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 36 CFR 1.5(f) | Failure to Comply with Abatement Procedure | I |
| 36 CFR 1.5(f) | Failure to Display Clean Boat Certificate | II |

[ ] Count(s) _____ (is)(are) dismissed on the motion of the United States.

**The defendant is placed on bench probation for a period of 12 months. A review shall be held on October 18, 2010, at 9:00 a.m. If the fine and fee are paid in full, the defendant's appearance is not required.**

### CRIMINAL MONETARY PENALTIES

| TOTAL FINE: | Count I: | $ 2500.00 | ASSESSMENT: | Count I: | $ 25.00 |
|---|---|---|---|---|---|
| | Count II: | No fine | | Count II: | None |

Dated: 10-22-09

_____
**Robert T. Braithwaite**
**United States Magistrate Judge**